**Electronically Filed**
**Intermediate Court of Appeals**
**CAOT-25-0000726**
**23-OCT-2025**
**09:33 AM**
**Dkt. 5 ODSLJ**

NO. CAOT-25-0000726

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LAUREN LIPCON, Petitioner,
v.
THE HONORABLE KIRSTIN M. HAMMAN,
JUDGE OF THE CIRCUIT COURT OF THE SECOND CIRCUIT,
STATE OF HAWAIʻI, RESPONDENT JUDGE, AND
STATE OF HAWAIʻI, Respondents and
MALIKO COFFEE COTTAGES, MAURICE SMITH, SYDNEY SMITH,
and MURPHY TAUA, individual/business DOES 1-100,
Defendants-Appellees,
HANA A. VANDERVOORT, JOSEPH B. JACOBS, ANDREW S. FISHER,
ELLEN M. FISHER, COUNTY OF MAUI, Counterclaimants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-23-0000074)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the record, we find that Petitioner Lauren Lipcon's October 20, 2025 Petition for Writ of Prohibition does not notice an appeal from an appealable decree, order, or judgment entered by the Circuit Court of the Second Circuit in 2CCV-23-0000074.[1] Rather, it appears to seek affirmative relief in the nature of a writ of mandamus, which the Hawaiʻi Supreme

_____

[1] Petitioner's counsel, Paul Howard Peters, is cautioned to include on the flyleaf attorney-identifying information, as well as a 3-inch top margin or a 3-inch-by-3-inch space in the top right corner, consistent with Hawaiʻi Rules of Appellate Procedure Rule 32(a).

Court has exclusive, original jurisdiction to grant. Hawaiʻi Revised Statutes § 602-5(a)(3) (2016).

Therefore, IT IS HEREBY ORDERED that case No. CAOT-25-0000726 is dismissed for lack of jurisdiction without prejudice to seeking relief from the Hawaiʻi Supreme Court.

DATED: Honolulu, Hawaiʻi, October 23, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge